AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

KENNETH C. McKNIGHT,

       Plaintiff,     JUDGMENT IN A CIVIL CASE
  V.

       CASE NUMBER: **3:11-CV-00098-RCJ-VPC**

NEVADA DEPARTMENT OF
CORRECTIONS, et al.,

       Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiff's complaint is DISMISSED with prejudice for failure to state a claim for which relief may be granted.

| | |
|---|---|
| April 26, 2011 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/ M. Campbell |
| | Deputy Clerk |