UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH C. MCKNIGHT, )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>NEVADA DEPARTMENT OF )<br>CORRECTIONS, *et al.*, )<br>)<br>   Defendants. )<br>_____ / | 3:11-cv-00098-RCJ-VPC<br><br>**ORDER** |

This is a prisoner action brought pursuant to 42 U.S.C. § 1983. On April 25, 2011, this court dismissed this action for failure to state a claim for which relief may be granted (docket #3), and judgment was entered on April 26, 2011 (docket #5). Plaintiff filed a notice of appeal on May 25, 2011 (docket #6), and on August 10, 2011, the Ninth Circuit Court of Appeals affirmed the judgment of this court (docket #14). This court entered the Order on Mandate on September 16, 2011 (docket #16).

Accordingly, as this case is closed, two of plaintiff's pending motions (docket #s 10, 11) are denied as moot. With respect to plaintiff's motion for copies (docket #12), the court will grant this motion in part. The Clerk shall send plaintiff a copy of all documents filed in this case from May 20, 2011 through May 27, 2011. However, if plaintiff wishes to request copies of filings in other cases, he must file a motion in those other cases.

1 **IT IS THEREFORE ORDERED** that plaintiff's motion for appointment of counsel (docket #10) and motion for production of transcripts (docket #11) are **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion for copies is **GRANTED in part**. The Clerk shall send to plaintiff copies of all documents filed in this case from May 20, 2011 through May 27, 2011.

DATED this 7th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE